# UNITED STATES DISTRICT COURT
## Western District of Wisconsin

JAMES J. KAUFMAN,

      Plaintiff,

  v.

RICHARD SCHNEITER (WSPF Warden);
PETER HUIBREGTSE (WSPF Deputy Warden);
RANDALL HEPP (JCI Warden); CARI TAYLOR
(JCI Deputy Warden); CYNTHIA THORPE,
MARY MILLER and MS. T. GERBER (WSPF
Business Office),

      Defendants.

**JUDGMENT IN A CIVIL CASE**

Case No.: 07-cv-0045-bbc

This action came for consideration before the court with U. S. District Judge Barbara B. Crabb presiding. The issues have been considered and a decision has been rendered.

## IT IS ORDERED AND ADJUDGED

This case is dismissed against defendants.

THERESA M. OWENS
_____
**Theresa M. Owens, Clerk**

/s/ S. Vogel
_____
**by Deputy Clerk**

11/28/07
_____
Date